STATE OF NEW JERSEY v. DR. ARNOLD FUSCO.

March 5, 1985.

Petition for certification denied.

TOWNSHIP OF RANDOLPH v. ALFRED AND
ARLENE KRYSPIN.

March 5, 1985.

Petition for certification denied.

STATE OF NEW JERSEY v. ANNIBALE JOSEPH NAPLES AND
VINCENT AND JOAN NAPLES.

March 5, 1985.

Petition for certification denied.

IN THE MATTER OF THE ESTATE OF KRYSTINA KARAS, A
MINOR, AND OF WALTER KARAS, III, A MINOR.

March 5, 1985.

Petition for certification denied.